AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| United States of America<br>v.<br>JAZZIE SIMMONS<br><br>*Defendant(s)* | Case No.<br>20-MJ-7035 |

FILED
FEB 1 8 2020
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 14-15, 2020__ in the county of __Kankakee (and elsewhere)__ in the
__Central__ District of __Illinois__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of a Minor |
| 18 U.S.C. § 2422(b) | Enticement of a Minor |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Michael A. Carter.

☑ Continued on the attached sheet.

s/Michael Carter

_____
*Complainant's signature*

FBI Special Agent Michael A. Carter
*Printed name and title*

Sworn to before me and signed in my presence.

s/Eric Long

_____
*Judge's signature*

Date: 02/16/2020

City and state: Champaign, Illinois

Eric I. Long, Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Michael Carter, Special Agent of the Federal Bureau of Investigation (FBI), United States Department of Justice, having been first duly sworn, do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Springfield, Illinois, Division. I have been employed as a Special Agent for the FBI since August 2016. As part of my duties, I investigate violations of federal law relating the online exploitation of children, including violations pertaining to the illegal possession, receipt, transmission, and production of material depicting the sexual exploitation of minors. Prior to becoming a Special Agent with the FBI, I was a Police Officer for the Johnson City Police Department in Johnson City, Tennessee, for approximately five years and three months. During my tenure, I investigated various misdemeanor and felony violations of law, and was the affiant on numerous state search warrants.

2. I am an investigative and law enforcement officer of the United States, who is empowered by law to conduct investigations of and to make arrests for the offense(s) enumerated in the production, distribution, and possession of child pornography, Title 18 of the United States Code (U.S.C.), as amended. As an FBI Special Agent, I am authorized to execute warrants issued under the authority of the United States.

3. The statements contained in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law

enforcement officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## RELEVANT STATUTES

4. This investigation concerns alleged violations of the following statutes:

   a. **Sexual Exploitation of a Minor (18, U.S.C. § 2251(a)):** prohibits any person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in, any sexually explicit conduct outside the United States, its territories or possessions, for the purpose of producing any visual depiction of such conduct if such person intends the visual depiction to be transported to the United States, its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail, or the person transports such visual depiction to the United States its territories or possessions, by any means, including by using any means or facility of interstate or foreign commerce or mail. It is also a crime to attempt to commit this offense.

   b. **Enticement of a Minor (18 U.S.C. § 2422(b)):** prohibits a person from using the mail or any facility or means of interstate or foreign commerce, to knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense. It is also a crime to attempt to commit this offense.

## INVESTIGATION

5. On February 14, 2020, I, acting in authorized undercover capacity, was operating a profile on a popular online dating/chatting application. The profile being operated was named "███████" and it displayed an age of eighteen (18) years old. A profile picture

2

was displayed of a female's face with pouted lips (picture provided by an FBI cooperating witness).[1]

6. On February 15, 2020, a profile with the name of "King Acid" initiated a message conversation with my FBI Online Covert Employee (OCE) profile. The profile showed a picture of the face of a black male wearing a white shirt with blue letters, later identified as Jazzie J. Simmons. I responded to the message, and a short time later, this excerpt of conversation occurred:

| | |
|---|---|
| King Acid: | How are you doing miss lexy |
| OCE: | Good now that I'm talking to u. Lol |
| | So are u into younger girls? |
| | ? |
| King Acid: | Oh yeah? What you up to? |
| | Age doesn't matter personality does lol |
| | Gotta be legal of course |
| OCE: | Lol. Well I'm a little younger… |
| King Acid: | How young… |
| OCE: | Almost sixteen… |
| | I understand if that's too young for u |
| King Acid: | Yikes lol why you on meetme? |
| OCE: | Looking for fun. Lol. Parents out of town for vday trip. Home alone |
| King Acid: | Interesting…why me? Lol |
| | Any other pics? |

7. Soon thereafter, during the conversation, "King Acid" provided a phone number of ███████, followed by the message "Text me". At that time, I used the phone number provided to begin corresponding with Simmons by text message. He immediately sent the message "Hey call me". The FBI cooperating witness, at my

---

[1] ███████████████████████████████████████.

3

direction, called Simmons on the phone number provided, and the call was audio recorded. Early in the conversation, Simmons brought up the subject of age and confirmed that "███████" was only 15 years old. The conversation continued in a casual manner, and discussion occurred about Simmons coming over to smoke marijuana and hang out. Simmons then asked for the address so he could come over, and advised that he would be driving a green (Chevrolet) Lumina. The conversation then returned to text messages, and this excerpt of conversation occurred:

| | |
|---|---|
| OCE: | So before I give u my address I kinda wanna know what I'm in for. Lol |
| **Simmons:** | **Lol well we can smoke and chill and see what happens** <br> **No pressure** |
| OCE: | Def down to smoke and chill...what else are u down for though... lol <br> Just wanna know what to expect and be ready for. |
| **Simmons:** | **Idk lol gotta see what you about before I can confirm that... you got a tv? Netflix a lil?** |
| OCE: | I'm looking for a little more than netflix and chill baby. Lol |
| **Simmons:** | **Lol and you might get that...maybe some pics to explain what you want** |
| OCE: | So I'm kinda embarrassed to say this but I'm a virging... I have only done some hand and oral stuff. <br> {Emojis} <br> I understand if I'm too inexperienced. |
| **Simmons:** | **Oh that's what you want?** <br> **Call me again lol** |

8. The FBI cooperating witness, at my direction, again called Simmons on the phone number provided, and the call was audio recorded. The discussion of this call was primarily sexual in nature. FBI cooperating witness mentioned that she was a virgin, and Simmons stated that she just needed some experience. The cooperating witness inquired

4

if Simmons could help with that (being a virgin), and he responded that there was a possibility he could help with that. Simmons then asked the cooperating witness if she had ever seen "Chris Hansen," and she advised that she had not. Simmons explained that it was this thing where they arrest guys for going to visit underage girls. He stated that this situation was kind of sketchy. Simmons then asked the cooperating witness if she could send him some nudes, because that would make the situation more believable. The cooperating witness confirmed that Simmons wanted to see her nude, and he responded that he would believe her if she would send nudes. (Through training and experience, I know that "nudes" refers to nude photographs. I also know that it is common for subjects to request nude photographs in an effort to detect law enforcement, because subjects commonly believe that law enforcement personnel will not provide nude photographs in undercover situations.)

9. Once the call ended, the conversation soon continued via text messaging and this excerpt of conversation occurred:

| | |
|---|---|
| Simmons: | So no nudes huh? :( |
| OCE: | I'm just not really comfortable putting nudes out. My parents would kill me if they ever got leaked. |
| | Listen Jazzy if u are. It interested that's fine. I know I'm young |
| | Not interested* |
| | {Photo sent of cooperating witness slightly pulling down waistband so panties are exposed} |
| Simmons: | You can trust me moss lady i wouldn't expose you or myaelf like that |
| | This our secret {winking emoji} |
| OCE: | I just cant risk sending nudes… I can maybe show a little more skin but not nudes |
| Simmons: | How about nudes no face shot? Or in your underwear and bra |
| OCE: | {Photo sent of cooperating witness laying on a bed on her stomach with a blanket over her lower body. The blanket was pulled |

5

| | |
|---|---|
| | down slightly so that her panties and some of her buttocks were exposed.} |
| Simmons: | {emoji with heart eyes} mmm more? |
| OCE: | That's all for on here baby. Lol. Any more is for eyes only |
| Simmons: | Just a lil more baby girl i wanna be sure youre real lbs |

The conversation continued and this excerpt of conversation occurred:

| | |
|---|---|
| OCE: | I am just trying to be straight up that I'm looking for more than smoking… If that's all your interested in is smoking and chillin, then I dont think we are on the same page… |
| Simmons: | I know me to…I think i can give you some good experience…good training between me and you<br>Just say you wanna fuck Lexy |
| OCE: | Now I think were on the same page… lol<br>But u gotta be gentle with me |
| Simmons: | Lol we always have been…I just want you to say it<br>Also Jazzie* |
| OCE: | Lol. Sorry Jazzie. |
| Simmons: | What do you want me to do to you?<br>What do you want to do with me? |
| OCE: | Like I said I have only done hands and oral. But ready to do more if your gentle |
| Simmons: | So you wanna suck my dick?<br>You like older guys? |
| OCE: | Ya we can start there. Lol |

10. Conversation continued and Simmons requested to do a video chat with the cooperating witness. At my direction, the cooperating witness participated in a video chat that was recorded. During the video chat, some type of malfunction occurred with the chat, and Simmons was not able to hear anything that the cooperating witness was saying. Though Simmons was apparently unable to hear anything in the chat, he was able to see the cooperating witness. After seeing this "proof of life", Simmons stated that he was on his way.

6

11. While these conversations were occurring, the FBI, with assistance from the Kankakee Sheriff's Office, Bradley Police Department, and the Kankakee Metropolitan Enforcement Group was conducting an operation which targeted individuals who were attempting to meet juveniles for sexual encounters.

12. Soon after the video chat ended, surveillance units participating in the operation observed a Chevrolet Lumina arrive in the area and park in front of the target residence, which was controlled by law enforcement. Simmons exited the vehicle and walked to the front door, where he was taken into custody by law enforcement personnel.

13. Prior to Simmons arrival, using law enforcement tools, further information was obtained such as driver license information and a driver license photograph. I have observed this driver license photo as well as a photo provided by Simmons during the undercover chat, and both photos depicted the same male subject that was taken into custody upon arriving at the target location.

14. Also, upon being taken into custody, Simmons' cell phone (LG Stylo 3) was seized. Later on, after the conclusion of the operation, I sent a text message which read "Test" in the same message conversation that I had been previously communicating with Simmons. This message was received on the device which had been previously seized from Simmons.

15. In total, the conversations via the application, text messages, telephone calls, and video chat all took place on February 15, 2020. While there were many times where conversation was casual and cordial, there were numerous instances where the conversation was sexually explicit in nature, as was detailed above. As detailed in the

excerpts above, the subject asked for my minor profile to send him nude photographs of herself.

16. Following Simmons' arrest, FBI Special Agent Andrew Huckstadt and Kankakee County Sheriff's Office Detective Brady Bertrand advised Simmons of his Miranda Rights. Simmons waived his rights in writing and consented to a recorded interview. During the interview, Simmons admitted that he was the one who had been chatting with "████████" using the "Acid King" profile, and he was aware that "████████" had identified herself as a minor. Simmons further admitted that he had a text message conversation and video chat session with "████████" prior to his arrival at the residence. Simmons stated that he used his LG Stylo 3 cell phone, which Agents located on his person at the time of his arrest, for all of his communications with "████████." Although Simmons conceded that he enticed "████████" over the course of his communications with her, he denied that his intent was to have a sexual encounter with her when he arrived at the residence.

FURTHER AFFIANT SAYETH NAUGHT,

s/Michael Carter
───────────────────────
Michael Carter, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
this 16th February 2020

s/Eric I. Long
───────────────────────
Eric I. Long
United States Magistrate Judge

8