UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| United States of America,  ) | |
|     Plaintiff  ) | |
| ) | |
| vs.  ) | Case No.  20- CR-20014-001 |
| ) | |
| ) | |
| ) | |
| Jazzie Simmons,  ) | |
|     Defendant  ) | |

**DEFENDANT'S SENTENCING OBJECTIONS AND COMMENTARY**

Now comes the defendant by his attorney, Lawrence S. Beaumont, and hereby respectfully submits the following as his sentencing objections and position:

1. The defendant is currently scheduled for sentencing before this court on December 13, 2021.

2. The pre-sentence report calls for a total offense level of 27, with a criminal history category of I which yields an advisory sentencing range of 70 to 87 months.

3. The defendant anticipates the government will make a motion based upon defendant's assistance.

4. **The defendant does not have any objections to sentencing calculations in the revised pre-sentence report.**

5. Jazzie Simmons is a 29 year-old male who is single, with one sibling.  He was fully employed at the time of his arrest.  He has lived in Kankakee his entire

life. He was raised by his mother. He has lived an exemplary life. He never has been in trouble with law enforcement. A polygraph examination demonstrated he never once had sexual contact with a minor since he turned 18 years old. He also has had some addiction issues with marijuana which he was using at the time of his arrest. He has been deeply remorseful for his conduct in this case.

6. The defendant respectfully requests a sentence of 48 months incarceration, period of supervised release with a condition of sex offender treatment. He further requests the court to recommend that he be allowed to take advantage of the RDAP program in the Bureau of Prisons.

7. Such a sentence would conform to the precepts of the §3553 factors. He is unlikely to repeat this conduct, he is deeply remorseful for his conduct, and is working very hard to rectify his life.

> Respectfully submitted,
>
> Lawrence S. Beaumont
> Attorney-at-Law
> 650 S. Dearborn St.
> Suite 700
> Chicago, Illinois 60654
>   *Lawrence S. Beaumont*
> By: _____

Lawrence S. Beaumont
Attorney-at-Law
650 N. Dearborn St.
Suite 700
Chicago, Illinois 60654
(312) 287-2225
Cook County # 13386
ARDC # 6189393